THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT C. BOLUS, SR.,

    Plaintiff

  v.

WARREN DILLARD, et al.

    Defendants

3:20-CV-318
(JUDGE MARIANI)

## ORDER

AND NOW, THIS _15th_ DAY OF SEPTEMBER, 2020, upon review of Chief Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 5) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 5) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m) and for failure to comply with the Court's Orders and for failure to prosecute this action.[1]

3. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge

---

[1] Plaintiff's failure to file any documents in this action since the filing of the Complaint in February, 2020, further supports the conclusion that Plaintiff has failed to prosecute and has abandoned this action.